## Commonwealth ex rel. Newman *v.* Newman, Appellant.

Argued September 13, 1972. *Ned Stein,* for appellant; *G. Newman,* with him *Leonard Dubin,* and *Blank, Rome, Klaus & Comisky,* for appellee.

Order affirmed.

## Leeann Corporation *v.* Jones et ux., Appellants.

Argued September 11, 1972. *William R. Mark,* for appellants; *Charles H. Davison,* with him *Mark E. Garber, Jr., Black and Davision,* and *Garber, Garber and Fowler,* for appellee.

Judgment affirmed.

### January 4, 1973

## Beeman *v.* Beeman, Appellant.

Argued November 14, 1972. *Douglas D. Rozelle,* for appellant; *William A. Peiffer,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.